**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

EMPLOYEE PAINTERS' TRUST,

        Plaintiff,

vs.

MICHAEL MUSTER, an individual; and
TIFFANY ANN MUSTER, *nka* TIFFANY
ANN FIELDS, *fka* TIFFANY ANN BROACH,
an individual,

        Defendants.

Case No. 2:16-cv-01009-RFB-GWF

**STIPULATION AND ORDER FOR
DISMISSAL OF DEFENDANT MICHAEL
MUSTER WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, EMPLOYEE
PAINTERS' TRUST, and Defendant, MICHAEL MUSTER, an individual, and subject to the
approval and Order of the Court, as follows:

    1.    A full and final settlement of the above-entitled action has been entered into and
agreed to by the remaining parties. Therefore, the parties request that this action be dismissed
without prejudice.

    2.    The parties have executed a settlement agreement setting forth the terms of their
agreement. The terms and conditions of the settlement agreement and all documents referred to
or attached thereto are incorporated herein by this reference.

3.      The parties have agreed that this Court shall reserve and retain jurisdiction of this action and the parties to enforce the terms of the settlement agreement executed by the parties herein.

Dated: October___, 2017

_____
Michael Muster
*Defendant*

Dated: ~~October~~ Nov. 1, 2017.

THE URBAN LAW FIRM

_____
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
T: (702) 968-8087
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that Defendant Michael Muster be dismissed from the above-entitled case without prejudice. The Court retains jurisdiction to enforce the terms of the settlement agreement of the parties..

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of November, 2017.